# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOY SNIDER,<br><br>            Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | NO: 2:19-CV-0307-TOR<br><br>ORDER ON VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal Without Prejudice (ECF No. 7). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides for the dismissal of this action without prejudice and without an award of fees or costs to either party. The Court has reviewed the record and files herein, and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared.

//

ORDER ON VOLUNTARY DISMISSAL WITHOUT PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** without prejudice and without an award of fees or costs to either party.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** November 18, 2019.



THOMAS O. RICE
Chief United States District Judge